IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TCP INVESTMENTS, LLC, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ANDRE NIRI d/b/a US ART FACTORY, an individual,<br><br>    Defendant. | Civil Case No. 1:18-cv-00737 |

[~~PROPOSED~~]

**CONSENT JUDGMENT AND PERMANENT INJUNCTION**

    Plaintiff TCP Investments, LLC ("Plaintiff") and Defendant Andre Niri d/b/a US ART FACTORY ("Defendant") hereby stipulate to the entry of this Consent Judgment and Permanent Injunction.

    NOW THEREFORE, upon consent of the parties hereto, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

    1.    Plaintiff owns Trademark Reg. Nos. 5,176,479 and 4,402,890 for the mark U.S. ART SUPPLY (the "Trademarks").

    2.    On May 9, 2018, Plaintiff initiated the above-captioned action by filing a complaint against Defendant alleging claims of Relief for trademark infringement (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125), and common law unfair competition (the "Complaint") for Defendant's alleged infringing use in commerce of the confusingly similar mark US ART FACTORY.

    3.    Defendant was served with the Complaint on May 16, 2018.

4. The Court has jurisdiction over the subject matter of this action under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338.

5. The Trademarks are presumed valid under 15 U.S.C. § 1115.

6. Defendant and all officers, principals, agents, employees, affiliates, licensees, transferees, purchasers, successors, and assigns, and all persons or entities acting on his or their behalf or in active concert or participation with them and who receive actual notice of this Permanent Injunction, are permanently enjoined and restrained from:

> (A) importing, transferring, manufacturing, delivering, disposing, advertising, selling, offering for sale, distributing, and shipping goods and, or performing any service, using, featuring or otherwise displaying the Trademarks or which include the phrase US ART and, any confusingly similar variation thereof, including without limitation "U.S. ART FACTORY" in conjunction with art supply goods or any goods in International Class 016;

> (B) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above subparagraphs 6 (A) and

7. Defendant shall donate the remaining inventory of the goods bearing the name "US ART FACTORY" to a children's hostel, and will provide written evidence of such donation to Plaintiff within thirty (30) days of the entry of this Consent Judgment and Permanent Injunction.

8. If Defendant breaches any term of this Consent Judgment and Permanent Injunction, or otherwise infringes the Trademarks, Plaintiff will be entitled to immediate injunctive relief, damages, and profits, and shall be entitled to recover its reasonable attorneys' fees and costs incurred as a result of the infringement or breach, including reasonable

investigative costs incurred in the discovery of the infringement and/or breach and including fees and costs incurred in connection with the enforcement of this Consent Judgment and Permanent Injunction.

9. Defendant shall submit to the jurisdiction of the above-titled Court or any court of competent jurisdiction in connection with any dispute concerning or arising from this Consent Judgment and Permanent Injunction.

10. Defendant waives any right to notice and appeal of this Consent Judgment and Permanent Injunction and consents to its immediate entry in accordance with its terms.

**STIPULATED AND AGREED.**

TCP INVESTMENTS, LLC

_Dean Faucett_

Dean Faucett
President
Dated: June 26, 2018

ANDRE NIRI d/b/a US ART FACTORY

_[signature]_

Andre Niri, individually
Dated: June 26, 2018

Having reviewed the terms stipulated to by the parties above, it is hereby **ORDERED** that Defendant Andre Niri d/b/a US ART FACTORY is permanently enjoined as set forth in the stipulation, and that judgment is entered in favor of Plaintiff TCP Investments, LLC, on all claims asserted in the Complaint.

Date: July 20, 2018

_[signature]_
Hon. Judge Leonard P. Stark

U.S. District Judge

- 3 -